```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLES EVERETTE HINTON,         )
                                 )
          Petitioner,            )
                                 )
     v.                          )    1:25CV511
                                 )
JOSHUA STEIN, et al.,            )
                                 )
          Respondent.            )
```

**ORDER**

On July 1, 2025, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Petitioner filed a "Motion to Abate and Voluntary Dismiss the Habeas Corpus Petition Construed as a Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody." (Doc. 4.) The court construes it as an objection to the Recommendation.

The court has reviewed Petitioner's filing and conducted a de novo review of those portions of the Recommendation to which objection was made. The court's conclusion is in accord with, and thus the court adopts, the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action shall be construed as a habeas petition under 28 U.S.C. § 2254 and dismissed sua sponte without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition and is filed in the proper district. The new petition must be accompanied

by either the five-dollar filing fee or a current application to proceed in forma pauperis.

                                                /s/   Thomas D. Schroeder
                                                 United States District Judge

October 28, 2025

2

Case 1:25-cv-00511-TDS-LPA    Document 5    Filed 10/29/25    Page 2 of 2